**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 09-22371-BKC-RBR |
| | Chapter 11 |
| **BERNARD J. KOSAR, JR.** | |
| a/k/a BERNIE J. KOSAR, JR. | |
| a/k/a BERNIE KOSAR, JR. | |
| a/k/a BERNIE KOSAR | |
| SS#XXX-XX-9755 | |
| _____Debtor._____/ | |
| In re: | Case No. 09-22377-BKC-RBR |
| | Chapter 11 |
| **MANTUA LAND COMPANY, INC.** | |
| EIN#34-1814140 | |
| _____Debtor._____/ | |

### CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the Debtor-in-Possession, MANTUA LAND COMPANY, INC. by and through its undersigned counsel, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

    **June 19, 2009**

2. Names, case numbers and dates of filing of related debtors:

    **BERNARD J. KOSAR, JR. a/k/a BERNIE**
    **J. KOSAR, JR. a/k/a BERNIE KOSAR,**
    **JR. a/k/a BERNIE KOSAR**          Case No.: 09-22371-BKC-RBR

    **KHOC, LLC.**                      Case No. . 09-22377-BKC-RBR
    **BJK, LLC.**                       Case No. 09-22382-BKC-RBR

3. Description of debtor's business:

   **Real Estate.**

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **Not applicable**

5. Reasons for filing chapter 11:

   **Real Estate and Financial Distress**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   **See Statement of Financial Affairs #21b filed July 20, 2009**
   **Bernie J. Kosar, Jr.        President         100 shares/100% of the shares**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
   **Under Investigation**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **Not Applicable - See Schedules Filed on July 20, 2009**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   **See Schedule D filed on July 20, 2009**
   **Key Bank        $3,116,128.20**

   c. Amount of unsecured claims:
   **$45,290.44**

9. General description and approximate value of the debtor's assets:

   **See Schedules A and B filed on July 20, 2009.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    **Under investigation**
    **American International Ins. Co. (AIG) policy period 2/7/09 to 2/7/2010**
    **Policy number AIG PCG 0004788067**
    **Property covered: 4280 Winchell Road, Mantua, OH 44255**
    **12876 St. Route 44, Mantua, OH 44255**
    **12859 St. Route 44, Mantua, OH 44255**
    **4260 Winchell Road, Mantua, OH 44255**
    **17806 Ravenna Road, Mantua, OH 44255**

11. Number of employees and amounts of wages owed as of petition date:

    **Not applicable**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Not applicable**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **Amended Order Jointly Administering Chapter 11 Cases dated 7/16/09**.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this summary was served on all parties listed on the attached Service List on this 24th day of   JULY   , 2009.

                            Signed:      /s/Julianne R. Frank
                                  Julianne R. Frank, Esquire
                                  Attorney for the Debtor

FRANK, WHITE-BOYD, P.A.
11382 Prosperity Farms Rd., #230
Palm Beach Gardens, FL  33410
(561) 626-4700
Florida Bar No. 315745

\\Mainserver\data\WPDOCS\Client Matters\Kosar\Mantua Land Co\Pleadings\Case Management Summary.Mantua.wpd

## SERVICE LIST

**Notice provided by electronic mail to:**
Julianne R. Frank fwbbnk@bellsouth.net, mgarbnk@bellsouth.net
Stephen C. Hunt shunt@arnstein.com, sch.ecfnotices@gmail.com, amroot@arnstein.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Nadine V. White-Boyd nwbbnk@bellsouth.net

**Notice provided by US Mail to:**
Bernie J. Kosar, Jr.
2940 Paddock Rd.
Weston, FL 33331

Mantua Land Company, Inc.
BJK, LLC. & , KHOC, LLC.
c/o Bernie Kosar, Jr.
2940 Paddock Rd.
Weston, FL 33331

Fogal and Associates
2112 S. US Highway 1 #201
Ft. Pierce, FL 34650

All creditors and interested parties on this Court's mailing matrix as attached hereto.