09-22371-RBR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 09-23371-BKC-RBR
                                                    Chapter 11
BERNARD J. KOSAR

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

AUG 5 2009

FILED CMK   RECEIVED

_____/

EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff       [ ] Defendant       [ X ] Debtor       [ ] Other _____

Date of Hearing/Trial:  August 5, 2009

Type of Hearing/Trial: Emergency Motion to Sell Real Property Free & Clear  (DE-80)

SUBMITTED BY:   Julianne R. Frank, Esq. - Attorney for Debtor

_____

_____

(Tel.) _____

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | Appraisal | X | | |

Page 1 of 2